# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| KATHLEEN LAMB, | : |
| Plaintiff, | : Case No. 2:08-cv-173 |
| v. | : Judge Holschuh |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | : Magistrate Judge Abel |
| Defendant. | : |
| | : |

## ORDER

On January 6, 2009, Magistrate Judge Abel issued a Report and Recommendation, recommending that the decision of the Commissioner of Social Security be affirmed, and that Plaintiff's motion for summary judgment be denied and Defendant's motion for summary judgment be granted. The parties were specifically advised of their right to object to the Report and Recommendation and of the consequences of their failure to do so. The time for filing objections under Fed. R. Civ. P. 72(b) has since expired and no objections have been filed. The Report and Recommendation is therefore **ADOPTED** and the Commissioner's decision is **AFFIRMED.** The Clerk is directed to enter judgment in favor of the defendant.

**IT IS SO ORDERED.**

Date: February 2, 2009

**/s/ John D. Holschuh**
John D. Holschuh, Judge
United States District Court